# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**JEAN HARRIES BOYER,**

        **Plaintiff,**

-vs-                                                  Case No.  2:07-cv-742-FtM-DNF

**CAROL B. GRAHAM, as personal representative of the estate of Frank R.Boyer, a/k/a Frank Roosevelt Boyer, deceased,**

        **Defendant.**

_____

## ORDER

On November 21, 2008, the Plaintiff, Jean Harries Boyer filed a Notice of Dismissal Without Prejudice (Doc. 36). Ms. Boyer is seeking dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows for a dismissal if the request is made "before the opposing party serves either an answer or a motion for summary judgment." Fed.R.Civ.P. 41(a)(1)(A)(i). In the instant case, the Defendant, Carol Graham, as personal representative of the Estate of Frank R. Boyer did not file an answer or motion for summary judgment, therefore the Plaintiff may dismiss this action.

**IT IS HEREBY ORDERED:**

The Complaint is hereby **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly, and shall terminate any previously scheduled deadlines or pending motions.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  24th   day of November, 2008.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record